UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.                                          Case No. 1:12-cr-00095(7)

DARIAS GHIZZLE JACKSON
Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JAN -9 PM 2:00

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: Luke Lavin (Official)                    Date/Time: 1/9/20 @ 1:30 PM
United States Attorney: _KELLY ROSSI/ADAM CULLMAN_
Defendant Attorney: Jay Clark (CJA)                      Interpreter: N/A

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☒ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☒ **Counsel present**        ☐ **Superseding Indictment**                              ☐ **Pretrial Release Violation**
☐ Defendant informed of charges and potential penalties ☒ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☒ Government moves for defendant to be detained pending detention hearing _1/13/20 @ 1:30 PM_
☒ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☒ Counsel appointed (☐ FPD  ☒ CJA) ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____  ☐ Detention is moot - serving state sentence
Defendant Witness_____  ☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
                                              ☐ Location Monitoring ☐ GPS ☐ RF _____

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
                                                                          ☐ Mental Health Eval/Treatment
_____

*Pretrial Bond Violation Hearing*:
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _1/23/20 @ 1:30 PM_
*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses:_____   Defendant Witnesses: _____

AUSA Exhibits:_____   Defendant Exhibits: _____

*Arraignment on* ☐ Indictment   ☐ Superseding Indictment ☐ Information ☐ Misdemeanor Information:
Defendant waives reading ☐                    Defendant pleads: ☐ GUILTY  ☐ NOT GUILTY
☐ PSI ordered                                 ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1)*:
☐ Defendant waives Identity Hearing         ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    ☐ Removed to _____
☐ Probable Cause Found                      ☐ Defendant to voluntarily report to charging district no later than
                                              _____

Remarks: