**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

DARIAS GHIZZLE JACKSON
Defendant.

Case No. 1:12-cr-00095(7)

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JAN 23 PM 4: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)
United States Attorney: Kelly Rossi
Defendant Attorney: Jay Clark (CJA)

Date/Time: 1/23/20 @ 1:30 PM

Interpreter: N/A

*Initial Appearance:* ☐ *Complaint;* ☐ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*
☐ Counsel present ☐ *Superseding Indictment* ☐ *Pretrial Release Violation*
☐ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☐ Defendant informed of his / her rights ☐ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____
☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed ( ☐ FPD ☐ CJA) ☐ Charging document unsealed upon oral motion of the United States

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____ ☐ Detention is moot - serving state sentence
Defendant Witness_____ ☐ Home Incarceration
☐ OR ☐ Secured with _____ ☐ Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
☐ Location Monitoring ☐ GPS ☐ RF _____
Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify
☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to
☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport
☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*
☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____

Preliminary Exam Hearing set _____
*Preliminary Exam:* ☒ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied
AUSA Witnesses: SA JOSEPH REDER (DEA) Defendant Witnesses: _____
DET. ROBERT BOHL (CINCINNATI POLICE DEPT.
JEANETTE TRIFILLIS (PATIENT ADVOCATE, UC HOSPITAL)
AUSA Exhibits: 1, 2, 3, 4, 5 (VIDEO) Defendant Exhibits: 1 _____
(*ALL EXHIBITS ADMITTED)

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐ Defendant pleads: ☐ GUILTY ☐ NOT GUILTY
☐ PSI ordered ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered ☐ Removed to _____
☐ Probable Cause Found
☐ Defendant to voluntarily report to charging district no later than
_____

Remarks:

Matter to proceed to the docket of Judge Barrett for final disposition of supervised release violation.
Deft orally moves for bond reconsideration. Arguments heard. Motion denied.