FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JAN 23  PM 4: 05

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

vs.

DARIAS GHIZZLE JACKSON,

    Defendant

No.  1:12-cr-00095(7)

Barrett, J.

**ORDER FOLLOWING PRELIMINARY EXAMINATION HEARING**

On January 23, 2020, a Preliminary Examination Hearing was held in this matter pursuant to Fed. R. Crim. P. 32.1(b)(1), on alleged violations of Defendant's supervised release.   Defendant was represented by appointed counsel Ravert J. Clark.  After testimony was taken from appropriate witnesses and arguments of counsel were presented, the Court finds that there is probable cause to believe that Defendant may be guilty of the violations alleged and this case will proceed to the docket of Judge Barrett for final disposition.

    SO ORDERED.

Stephanie K. Bowman
United States Magistrate Judge